# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **ARCTIC EXPRESS, INC.,** | |
|     **Plaintiff-Appellant,** | |
| | Case No. 2:09-CV-00403 |
| v. | |
| | JUDGE ALGENON L. MARBLEY |
| **DEL MONTE FRESH PRODUCE NA, INC.,** | |
|     **Defendant -Appellee.** | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the March 15, 2010 Opinion and Order, the Court AFFIRMS THE Bankruptcy Court's Final Judgment and Agreed Final Judgment Entry. This case is DISMISSED.

Date: **March 15, 2010**     **James Bonini, Clerk**

            s/Betty L. Clark
            Betty L. Clark/Deputy Clerk